UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERITAGE FOUNDATION, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>        Defendant. | Civil Action No. 22-2298 (JMC) |

**SUPPLEMENT TO DEFENDANT'S OPPOSITION TO
PLAINTIFFS' MOTION TO COMPEL**

Through counsel, Defendant, the Department of Homeland Security (the "Agency"), respectfully submits this supplement to its opposition to Plaintiffs' motion to compel (ECF No. 10, "Opposition") in this Freedom of Information Act ("FOIA") case, which seeks to compel "the production of records related to communications [the Agency] had with outside groups in developing a memorandum issued by [the Secretary of Homeland Security] on September 30, 2021 entitled *Guidelines for Enforcement of Civil Immigration Law*[.]" Compl. (ECF No. 1) ¶ 1. Specifically, at the request of Plaintiffs, the Agency files this supplement to clarify a parenthetical contained in its Opposition. In describing Plaintiffs' opposition to a motion to extend filed in *Heritage Foundation v. Department of Homeland Security*, Civ. A. No. 22-3184 (CJN) (D.D.C. filed Nov. 21, 2022), ECF No. 6, the Agency wrote: "(complaining that the Department of Justice has allocated resources to hold those accountable for the events of January 6, 2021, and arguing that 'given the exigency of the matter, Plaintiffs need the information *now*')." Opp'n at 5-6.

The Agency believes that its parenthetical is an accurate and fair description of the relevant portions of the cited filing, which it cited to demonstrate that Plaintiffs are requesting immediate

productions in a plethora of FOIA cases without regard to other constraints on the Government's resources. That said, Plaintiffs indicated to the undersigned that the first clause of the parenthetical could be read to suggest the Heritage Foundation "opposes any consequences for any January 6 defendant." While the undersigned do not believe that the text of the parenthetical could be fairly read to indicate as much, for the avoidance of doubt, the Agency expressly disavows that reading of the parenthetical in its Opposition. That is, the Agency neither suggested nor implied that the Heritage Foundation opposes any consequences for any January 6th defendant. Instead, the parenthetical in the Agency's Opposition was meant to summarize the following in the cited filing, which the Agency replicates in full here for the avoidance of any doubt:

> By way of explanation, Plaintiffs' view the [extension request] as endemic of what on information and belief they view as a knowing decision by the Department of Justice to deliberately under resource the Civil Division in the United States Attorney's Office for the District of Columbia so as to delay actions against the Government. When that Office and the Department of Justice considers a matter a priority, they have no such "burden" considerations and have quickly surged resources—such as the unprecedented allocation of resources to prosecutions of non-violent January 6, 2021 Defendants.

*Heritage Found.*, Civ. A. No. 22-3184 (CJN), Opp'n to Mot. to Extend (ECF No. 6) at 1-2.

Dated: December 13, 2022
   Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

By:  /s/ *Brian P. Hudak*
   BRIAN P. HUDAK
   Chief, Civil Division

   /s/ *Thomas W. Duffey*
   THOMAS W. DUFFEY
   Assistant United States Attorney
   601 D Street, NW
   Washington, DC 20530
   (202) 252-2510

*Attorneys for the United States of America*

- 3 -

- 3 -